## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

JOSHUA ISAIAH MONEY,           :

           :

       Plaintiff,         :

           :

v.                     :        Case No. 4:24-cv-163-CDL-AGH

           :

Officer WEST, *et al.*,         :

           :

       Defendants.     :

_____  :

## <u>ORDER</u>

Pending before the Court is Plaintiff's motion requesting additional time to comply with the Court's January 14, 2025 Order to either pay the filing fee or submit a proper and complete motion for leave to proceed *in forma pauperis*. Plaintiff states he did not receive the January 14 Order until January 24, 2025. Mot. for Ext. of Time 2, ECF No. 5. He also describes other delays with the indigent mail system at the prison and states "he has submitted several account certification forms to ASMP staff to certify, during the past year to no avail." *Id.* at 3-4. Accordingly, Plaintiff requests a 12-week extension of time to comply with the January 14 Order as well as an order from this Court directing "the Clerk's office to request a certified copy of his prison trust fund account statement directly from ASMP's business office[.]" *Id.* at 3-4.

Plaintiff's motion is **GRANTED in part.** Plaintiff shall have an additional twenty-one (21) days from the date of this Order to either pay the $405.00 filing fee or submit a complete and proper motion for leave to proceed *in forma pauperis*, to include a certified copy of his prison trust fund account information. Given Plaintiff's

allegations that prison officials have delayed providing this information to him, Plaintiff is instructed to show the appropriate prison official this Order when he requests his prison trust fund account information.  If the prison official does not provide the requested information, Plaintiff should notify the Court: (1) the name of the prison official from whom he requested the certified copy of his trust fund account statement; (2) the date he made such request; and (3) the date that he was notified that the prison official would not provide the requested documentation.  If Plaintiff receives notification in writing from the prison official regarding an inability to provide a certified copy of his prison trust fund account statement in the allotted time, Plaintiff should provide the Court with a copy of this notification.

To reiterate, Plaintiff is **ORDERED** to either (1) pay the $405.00 filing fee in its entirety; (2) submit a proper and complete motion for leave to proceed *in forma pauperis*, to include a certified copy of his prison trust fund account information; or (3) provide the Court with information about his efforts to obtain his prison trust fund account statement as described above.  Plaintiff shall have **TWENTY-ONE (21) DAYS** from the date shown on this Order to do so.  The Clerk is **DIRECTED** to provide Plaintiff with a copy of the appropriate forms for this purpose, marked with the case number for the above-captioned action, that Plaintiff should use if necessary. **If Plaintiff does not timely and fully comply with this Order, this action may be dismissed.**  Plaintiff is further **DIRECTED** to notify the Court immediately in writing of any change of address.  There shall be no service of process in this case until further order of the Court.

2

**SO ORDERED**, this 14th day of February, 2025.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE